IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 2 2010

David J. Bradley, Clerk of Court

J B BLACK,

    Plaintiff

VS.

**TERESA IWONSKI**
Defendant

§
§
§
§
§
§
§
§
§
§

Civil Action No. **4:10-cv-01230**

## REQUEST OF DISMISSAL WITH PREJUDICE AS TO TERESA IWONSKI

TO THE HONORABLE COURT:

  COMES NOW, Plaintiff J B BLACK ("Plaintiff") and **TERESA IWONSKI** (Defendant) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ij) and hereby request that this

Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff in the above-

styled action against **TERESA IWONSKI**, with (Plaintiff) **TERESA IWONSKI** (Defendant) to bear their own costs.

  WHEREFORE, PREMISES CONSIDERED, Plaintiff and all defendants

pray that the Court will enter an Order of Dismissal of any and all claims asserted against **TERESA IWONSKI** (Defendant) in the above-styled action, with prejudice, in this matter with Plaintiff and all defendants to bear their own costs.

Respectfully submitted,

*[signature]*

JB BLACK
8611 COTTAGE GATE
Houston, Texas 77088
*Prose*